*In re* DESIGNACIÓN DE LA SECRETARIA DEL TRIBUNAL SUPREMO.

*Número:* EN-2002-002        *Resuelto:* 2 de abril de 2002

## RESOLUCIÓN

Se designa Secretaria de este Tribunal a la Lcda. Patricia Otón Olivieri. Ésta ejercerá, además, cualquier otra función que le asigne el Tribunal. La presente designación tendrá efecto tan pronto preste el juramento de toma de posesión de su cargo.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

(*Fdo.*) Carmen E. Cruz Rivera
*Secretaria del Tribunal Supremo Interina*